**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CRISTIAN OMAR VALENCIA-GOMEZ,<br>Defendant. | Case No. 2:26-mj-00470-EJY<br>**ORDER** |

Before the Court is the Stipulation to Continue the Preliminary Hearing. ECF No. [14].

Good cause appearing, IT IS HEREBY ORDERED that the Stipulation to Continue the Preliminary Hearing (ECF No. [14]) is GRANTED.

IT IS FURTHER ORDERED that the preliminary hearing scheduled for 2 p.m. on October 13, 2026 is VACATED and continued to December 22, 2026 at the hour of 9:00 a.m.

DATED this 1st day of September, 2026.

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE