**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRISTIAN OMAR VALENCIA-GOMEZ,

Defendant.

Case No. 2:26-mj-00470-EJY

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 22, 2026 at the hour of 9:00 a.m., be vacated and continued to March 11, 2027 at the hour of 3 : 00 p.m.

DATED this 13th day of November 2026.

UNITED STATES MAGISTRATE JUDGE